```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
```

TREVON JAMAL JENNINGS,           )
                                 )
          Petitioner,            )
                                 )
     v.                          )          1:16CV983
                                 )          1:14CR283-1
UNITED STATES OF AMERICA,        )
                                 )
          Respondent.            )

**ORDER**

The Recommendation of the United States Magistrate Judge (Doc. 28 in 1:14cr283-1) was filed with the court in accordance with 28 U.S.C. § 636(b) and, on July 28, 2016, was served on the parties in this action. Petitioner objected to the Recommendation. (Doc. 30.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination, which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action (Doc. 26 in 1:14cr283-1) is filed and dismissed *sua sponte* without prejudice to Petitioner promptly filing a corrected motion on the proper

§ 2255 forms.[1]  A Judgment dismissing this action will be entered contemporaneously with this Order.

                                                /s/   Thomas D. Schroeder
                                                United States District Judge
September 2, 2016

---

[1] It appears that Petitioner has filed another § 2255 motion (Doc. 31 in 1:14cr283-1), as to which the Magistrate Judge has entered a Recommendation and which this court will address in due course.